# FREEMAN LAW FIRM, INC.

1107 ½ Tacoma Avenue South – Tacoma, WA  98402
Tel: 253.383.4500 – fax: 253.383.4501 – sfreeman@freemanlawfirm.org

January 7, 2020

**Via E-mail to:**
**newcases.tacoma@wawd.uscourts.gov**

Clerk of the Court
United States District Court
Western District of Washington
1717 Pacific Avenue
Tacoma, Washington 98402

    Re:    *Request for DMCA Subpoena to Cloudflare, Inc.*

Dear Clerk of the Court:

    Petitioner AMA Multimedia LLC ("AMA") through its undersigned counsel of record, hereby respectfully requests that the Clerk of this Court issue a Subpoena pursuant to 17 U.S.C. § 512(h) to service provider Cloudflare, Inc. to identify alleged infringers of AMA's copyrighted material.

    AMA is the owner of numerous copyrighted audiovisual works.  In the course of protecting its works, AMA has determined that infringing copies of these works, posted at the direction of individual users and without authorization from AMA, appear on Cloudflare, Inc.'s websites "pornmilo.com," "javbeautiful.com," "3fu.xyz," "4fu.xyz," "hlsmp4.com," "o0-1.com," "o0-2.com," "o0-3.com," "o0-4.com," and "o0-5.com ." Such infringements have been ongoing and AMA has issued DMCA notifications to Cloudflare, Inc.'s DMCA Agent. All notifications have met the requirements of 17 U.S.C. § 512(c)(3)(A) by setting forth, inter alia, a representative list of the copyrighted works that have been infringed and the identification and location on Cloudflare, Inc.'s website of the infringing material. AMA now seeks to obtain a DMCA Subpoena to learn the identity of the individuals who are posting the infringing content.

    In order to fully comply with 17 U.S.C. 512(h) DMCA Subpoena requirements, the following items are submitted concurrently with this letter request:

- Copies of notifications sent to Cloudflare, Inc.'s DMCA Agent (attached as Exhibit A to the Declaration of AMA's Director, Adam Silverman, and Exhibit B to the DMCA Subpoena);

- DMCA Subpoena (proposed); and,

Clerk of the Court
January 7, 2020
Page 2 of 2

- Sworn Declaration of Adam Silverman, Director of AMA, confirming that the purpose of the DMCA Subpoena is to obtain the identity of the alleged infringers for the single purpose of protecting AMA's rights under Title 17 of the United States Code.

With all conditions for issuance of the DMCA Subpoena having been met, AMA therefore petitions the Clerk to issue and sign, in accordance with 17 U.S.C. § 512(h)(4), the proposed DMCA Subpoena, and return it to the undersigned requester for delivery to the service provider, Cloudflare, Inc.

Regards,

*s/ SpencerD. Freeman*

Spencer D. Freeman

SDF:sl
Attachments:
- Proposed DMCA Subpoena
- Sworn Declaration
- Notification of Claimed Infringements
  (attached to Subpoena and Declaration)