1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re: | Case No.: |
| DMCA SUBPOENA TO CLOUDFLARE, INC., | DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC. |
| Service Provider. | |

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, ADAM SILVERMAN, hereby declare as follows:

1.     I am a Director of AMA Multimedia LLC (formerly SSC Group LLC) (hereinafter, "AMA") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2.     I submit this declaration in support of AMA's request for issuance of a Subpoena by the Clerk of this Court,  pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), relating to the posting of AMA's copyrighted material on the domains pornmilo.com, javbeautiful.com, 3fu.xyz, 4fu.xyz, hlsmp4.com, o0-1.com, o0-2.com, o0-3.com, o0-4.com, o0-5.com, webpages hosted by Cloudflare.

3.     I have personal knowledge of the copyrights owned by AMA and the ongoing infringements of those copyrights that occur on the internet.  I also have personal knowledge of the countless instances that AMA's copyrighted works have been posted without AMA authorization to pornmilo.com, javbeautiful.com, 3fu.xyz, 4fu.xyz, hlsmp4.com, o0-1.com, o0-2.com, o0-3.com, o0-4.com, o0-5.com.

4.     On January 6, 2020, authorized agent for AMA Jason Tucker issued and served identical copyright infringement notifications on Cloudflare's DMCA Agent relating to posts on pornmilo.com, javbeautiful.com, 3fu.xyz, 4fu.xyz, hlsmp4.com, o0-1.com, o0-2.com, o0-3.com, o0-4.com, o0-5.com.  Pursuant to Section 512(c)(3)(A), the notifications were properly signed by AMA's agent, identified the copyrighted material being infringed, set forth a listing of the 118 URLs containing posts of infringing material, confirmed that such use of AMA's copyrighted works was not authorized by AMA, and gave contact information such that the DMCA Agent could reach AMA's Agent with questions.  A true and correct copy of the January 6, 2020 notification is attached as Exhibit A.

5.     The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from AMA, posted material to the web pages pornmilo.com, javbeautiful.com, 3fu.xyz, 4fu.xyz, hlsmp4.com, o0-1.com, o0-

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

1    3.com, o0-4.com, o0-5.com, which infringed copyrights held by AMA.   The information
2    received as a result of the Subpoena will only be used by AMA to protect its rights under Title
3    17 of the United States Code.

4
5          I declare under penalty of perjury under the laws of the United States of America that the
6    foregoing is true and correct.
7          DATED this ___7th___ day of January 2020, at Miami, Florida.

8
9
10                                                    _____
                                                          ADAM SILVERMAN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION IN SUPPORT OF                          **FREEMAN LAW FIRM, INC.**
REQUEST FOR DMCA SUBPOENA                          1107 ½ Tacoma Avenue South
TO CLOUDFLARE, INC. - 3                            Tacoma, WA 98402
                                                   (253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

# Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <█████████████████████> |
| **Sent:** | Monday, January 6, 2020 1:08 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_tiny4k |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: █████████████████████ Phoenix, AZ 85016 USA
Email: █████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/12/football-player-fucks-naughty-cheerleader-dakota-bleu-on-the-lawn-before-the-match.jpg
2. https://pornmilo.com/wp-content/uploads/2019/12/crazy-mischievous-lilly-ford-complained-and-was-punished-by-a-security-officer.jpg
3. https://pornmilo.com/wp-content/uploads/2019/12/asian-sportswoman-with-big-boobs-loves-to-cum-on-her-pretty-face.jpg
4. https://pornmilo.com/wp-content/uploads/2019/12/slutty-young-student-nastenka-is-being-fucked-in-the-gym-after-physical-training.jpg
5. https://pornmilo.com/wp-content/uploads/2019/12/brutal-dork-is-boarding-a-chubby-dumpling-of-bespectacled-dillion-harper.jpg
6. https://pornmilo.com/wp-content/uploads/2019/12/young-asian-girl-yells-like-a-donkey-when-her-tight-pussy-is-drilled-with-a-big-dick.jpg
7. https://pornmilo.com/wp-content/uploads/2019/11/young-babe-kenzie-reeves-became-a-woman-on-her-18th-birthday.jpg
8. https://pornmilo.com/wp-content/uploads/2019/11/hardcore-bang-with-cute-bunny-amia-miley-and-the-fucker-who-designed-her-mink.jpg
9. https://pornmilo.com/wp-content/uploads/2019/09/i-wanted-to-do-yoga-in-this-video-but-i-had-to-be-fucked-as-usual.jpg
10. https://pornmilo.com/football-player-fucks-naughty-cheerleader-dakota-bleu-on-the-lawn-before-the-match/
11. https://pornmilo.com/crazy-mischievous-lilly-ford-complained-and-was-punished-by-a-security-officer/

1

12. https://pornmilo.com/asian-sportswoman-with-big-boobs-loves-to-cum-on-her-pretty-face/
13. https://pornmilo.com/slutty-young-student-nastenka-is-being-fucked-in-the-gym-after-physical-training/
14. https://pornmilo.com/brutal-dork-is-boarding-a-chubby-dumpling-of-bespectacled-dillion-harper/
15. https://pornmilo.com/young-asian-girl-yells-like-a-donkey-when-her-tight-pussy-is-drilled-with-a-big-dick/
16. https://pornmilo.com/young-babe-kenzie-reeves-became-a-woman-on-her-18th-birthday/
17. https://pornmilo.com/hardcore-bang-with-cute-bunny-amia-miley-and-the-fucker-who-designed-her-mink/
18. https://pornmilo.com/i-wanted-to-do-yoga-in-this-video-but-i-had-to-be-fucked-as-usual/
19. https://www757.o0-2.com/token=u5qLtJY7RhWEEr4kUgr1Uw/1578101195/2600:8800::/26/a/c6/8f27664e9362935d7e2a05381a899c6a-480p.mp4
20. https://www359.o0-1.com/token=OjNt7ewldbYXfo0P-yrBKw/1578101208/2600:8800::/15/d/7b/811ce0353ace7d9496a68edff646d7bd-480p.mp4
21. https://www1497.3fu.xyz/token=y-FBa_ww5FrAZSc8mON6rw/1578101221/2600:8800::/46/c/26/9f0410f46b5d6deb3e7326e54b11926c-480p.mp4
22. https://www380.o0-1.com/token=4pMY6g-gUeEQQV3Exa1l8A/1578101250/2600:8800::/56/4/f2/b502dd0d67be454b08a5c1ec223a7f24-480p.mp4
23. https://www1919.hlsmp4.com/token=9Y-6g6HZ_D0zy3q26m-6cA/1578101261/2600:8800::/30/2/f5/08efb06d4b18901bc623cb9b7d95bf52-480p.mp4
24. https://www457.o0-1.com/token=OlpMOihkEO9S0ez2BTe-w/1578101276/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4
25. https://www1302.o0-3.com/token=SCcNEP7rwLdJ0H-0kd8lbg/1578101294/2600:8800::/2/9/d6/ed040b61b863b094ae67809cbafaad69-480p.mp4
26. https://www1485.hlsmp4.com/token=0J_lXpH7JqQmgbW0Mvj1TQ/1578101304/2600:8800::/22/e/aa/f16ac8da52d09aad5ccccccdbd05f2aae-480p.mp4
27. https://www1335.o0-3.com/token=3gHgoPxv19gIC6D4wPBpIg/1578101489/2600:8800::/49/e/2a/5ceefd6e5545eb1a34bdb388ed6082ae-480p.mp4
28. https://www1303.o0-3.com/token=HrVjoXYpRnKuwzX2BK_ULg/1578094214/2600:8800::/26/a/c6/8f27664e9362935d7e2a05381a899c6a-480p.mp4
29. https://www433.o0-1.com/token=bsp6t88ywfLUdwOTYMrdLQ/1578094303/2600:8800::/15/d/7b/811ce0353ace7d9496a68edff646d7bd-480p.mp4
30. https://www375.o0-1.com/token=Pdz1eQp-YLYrC3NVUKLaIg/1578094351/2600:8800::/46/c/26/9f0410f46b5d6deb3e7326e54b11926c-480p.mp4
31. https://www631.o0-2.com/token=NtHox0iyGiedGhCj46iEiw/1578094498/2600:8800::/56/4/f2/b502dd0d67be454b08a5c1ec223a7f24-480p.mp4
32. https://www517.o0-2.com/token=Q70pdfN0md_t3TlKhrIdJg/1578094554/2600:8800::/30/2/f5/08efb06d4b18901bc623cb9b7d95bf52-480p.mp4
33. https://www728.o0-2.com/token=UZUZzaO243qmp27VvQZ4lA/1578094625/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4

34. https://www1302.o0-3.com/token=U01EL89Qg87Om6_W7kvIVg/1578094777/2600:8800::/2/9/d6/ed040b61b863b094ae67809cbafaad69-480p.mp4
35. https://www1060.o0-3.com/token=774x6TTqH5IN_VfOBqbMGw/1578094865/2600:8800::/22/e/aa/f16ac8da52d09aad5ccccdbd05f2aae-480p.mp4
36. https://www1182.o0-3.com/token=iZT_OB8p-wrTe7N2zfAsVQ/1578095990/2600:8800::/49/e/2a/5ceefd6e5545eb1a34bdb388ed6082ae-480p.mp4

Location of ORIGINAL WORKS: https://tiny4k.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

# Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <███████████████████> |
| **Sent:** | Monday, January 6, 2020 1:07 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_puremature |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███████████████████ Phoenix, AZ 85016 USA
Email: ███████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/10/instagram-woman-posted-on-tape-as-she-rides-in-the-gym-on-a-thick-dick.jpg
2. https://pornmilo.com/instagram-woman-posted-on-tape-as-she-rides-in-the-gym-on-a-thick-dick/
3. https://www1991.hlsmp4.com/token=ytxbOo7QEJIlNEcv2m7t7Q/1578101444/2600:8800::/31/5/a9/738466eb665979cae20cb687e260fa95-480p.mp4
4. https://www2095.o0-5.com/token=c6xC70Q_K2mMBXYHofC5gA/1578095722/2600:8800::/31/5/a9/738466eb665979cae20cb687e260fa95-480p.mp4

Location of ORIGINAL WORKS: https://puremature.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

4

Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <██████████████████> |
| **Sent:** | Monday, January 6, 2020 1:07 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_passion-hd |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ████████████████████████ Phoenix, AZ 85016 USA
Email: ███████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2020/01/beautiful-porn-star-with-big-boobs-gets-fucked-and-cum-inside-her-pussy.jpg
2. https://pornmilo.com/wp-content/uploads/2019/12/in-a-slender-glamorous-chick-abundantly-cum-inside-after-a-quality-fuck.jpg
3. https://pornmilo.com/wp-content/uploads/2019/11/lovely-asian-fitness-babe-jade-kush-gets-fucked-during-workout.jpg
4. https://pornmilo.com/wp-content/uploads/2019/10/natalia-starr-has-sex-with-best-friend-holly-michaels-and-her-boyfriend.jpg
5. https://pornmilo.com/wp-content/uploads/2019/10/big-boobed-beauty-holly-michaels-gets-her-huge-cock-fucked.jpg
6. https://pornmilo.com/wp-content/uploads/2019/10/naomi-woods-the-kid-of-a-wealthy-businessman-got-crustacean-before-a-simple-hard-worker.jpg
7. https://pornmilo.com/wp-content/uploads/2019/10/young-minx-seduces-her-best-friend-and-lets-her-fuck-without-a-can.jpg
8. https://pornmilo.com/wp-content/uploads/2019/10/security-guard-fucks-and-cums-in-the-mouth-of-her-bosss-busty-wife-amia-miley.jpg
9. https://pornmilo.com/wp-content/uploads/2019/10/novice-basketball-player-ariana-marie-gets-fucked-on-a-public-sports-ground.jpg
10. https://pornmilo.com/wp-content/uploads/2019/10/18-year-old-saleswoman-of-lemonade-can-be-fucked-and-cum-inside-for-200-usd.jpg

11. https://pornmilo.com/wp-content/uploads/2019/10/baby-elsa-cant-do-anything-she-just-loves-big-dicks.jpg
12. https://pornmilo.com/wp-content/uploads/2019/10/young-mischievous-anya-surrendered-in-the-bathroom-to-a-young-communal-neighbor.jpg
13. https://pornmilo.com/wp-content/uploads/2019/10/the-pretty-gymnast-maria-was-dissuaded-by-a-big-cock-and-finished-her-face.jpg
14. https://pornmilo.com/beautiful-porn-star-with-big-boobs-gets-fucked-and-cum-inside-her-pussy/
15. https://pornmilo.com/in-a-slender-glamorous-chick-abundantly-cum-inside-after-a-quality-fuck/
16. https://pornmilo.com/lovely-asian-fitness-babe-jade-kush-gets-fucked-during-workout/
17. https://pornmilo.com/natalia-starr-has-sex-with-best-friend-holly-michaels-and-her-boyfriend/
18. https://pornmilo.com/big-boobed-beauty-holly-michaels-gets-her-huge-cock-fucked/
19. https://pornmilo.com/naomi-woods-the-kid-of-a-wealthy-businessman-got-crustacean-before-a-simple-hard-worker/
20. https://pornmilo.com/young-minx-seduces-her-best-friend-and-lets-her-fuck-without-a-can/
21. https://pornmilo.com/security-guard-fucks-and-cums-in-the-mouth-of-her-bosss-busty-wife-amia-miley/
22. https://pornmilo.com/novice-basketball-player-ariana-marie-gets-fucked-on-a-public-sports-ground/
23. https://pornmilo.com/18-year-old-saleswoman-of-lemonade-can-be-fucked-and-cum-inside-for-200-usd/
24. https://pornmilo.com/baby-elsa-cant-do-anything-she-just-loves-big-dicks/
25. https://pornmilo.com/young-mischievous-anya-surrendered-in-the-bathroom-to-a-young-communal-neighbor/
26. https://pornmilo.com/the-pretty-gymnast-maria-was-dissuaded-by-a-big-cock-and-finished-her-face/
27. https://www681.o0-2.com/token=5GYbGwi2quQYRTTm4cFmsQ/1578101150/2600:8800::/25/7/e0/fa5841e7d43c9e50b184815977bfbe07-480p.mp4
28. https://www1562.o0-4.com/token=XZ4LFvIFmrbupDXxfAV7iA/1578101285/2600:8800::/33/0/87/2df05c511d49bf00cfd68acc41220870-480p.mp4
29. https://www212.o0-1.com/token=cowiXWbFHfwAn5OzRYHnuA/1578101334/2600:8800::/55/b/60/031cd362fc13d21872cc2dab8d8b460b-480p.mp4
30. https://www311.o0-1.com/token=XtFsuF4CG_r4vTG8aGbAgg/1578101385/2600:8800::/29/3/7a/bdee98b8c9f875090b22c926414237a3-480p.mp4
31. https://www1378.o0-3.com/token=GdoED-tcwRhjM9-3063yPg/1578101394/2600:8800::/38/8/1d/3cab9f8e55b836f3374af7a9880a71d8-480p.mp4
32. https://www1392.o0-3.com/token=UTQHNH-PsB939JmNeVePeA/1578101404/2600:8800::/30/7/f3/158954f48c56d57f38ee7df063494f37-480p.mp4
33. https://www1177.o0-3.com/token=oqoeXVfifALr_LK7H5M9YA/1578101414/2600:8800::/6/f/d5/7aa839aa03c89ceb95d2a9b1f1d71d5f-480p.mp4
34. https://www1188.o0-3.com/token=jaxh9DlPsCInGHtzQjUCrQ/1578101424/2600:8800::/57/e/05/273db6ebde6da964cb6ebd6722a8e05e-480p.mp4
35. https://www94.o0-1.com/token=JMUuew6eO8LQ0Jz-mYQKEQ/1578101436/2600:8800::/21/4/b4/fd672f518f81725f8bbda10085fd0b44-480p.mp4
36. https://www1237.o0-3.com/token=vG4KcGIvv_O1PmlwvHCsRA/1578101453/2600:8800::/22/9/46/fdca94d3633889432ece938a38eb9469-480p.mp4
37. https://www92.o0-1.com/token=w7E4GZ1wxl3MguCNLCg2Pw/1578101461/2600:8800::/31/8/bc/ff597b331a0e0663bea40c87df5babc8-480p.mp4

38. https://www1115.o0-3.com/token=yf-n9gZ6T2KWcSvi_v2i9A/1578101471/2600:8800::/16/6/ff/8870ac54c3f822d00a5aab57da2e3ff6-480p.mp4

39. https://www147.o0-1.com/token=mbaLUfOqDk2A6K3nGgZaLQ/1578101479/2600:8800::/57/b/67/0d00f702e6fd7ebfc6ffd0f63db4867b-480p.mp4

40. https://www681.o0-2.com/token=P29h1WGzo2yFcPo-Wa3CpA/1578012464/2600:8800::/25/7/e0/fa5841e7d43c9e50b184815977bfbe07-480p.mp4

41. https://www492.o0-1.com/token=ceNr57lgesgh5U4-Y24k7w/1578094703/2600:8800::/33/0/87/2df05c511d49bf00cfd68acc41220870-480p.mp4

42. https://www315.o0-1.com/token=dZWsGj3mqz-kIVj6zjf_Cg/1578095043/2600:8800::/55/b/60/031cd362fc13d21872cc2dab8d8b460b-480p.mp4

43. https://www1162.o0-3.com/token=nWhnr7Gt2K-YmTzUuSzdiw/1578095412/2600:8800::/29/3/7a/bdee98b8c9f875090b22c926414237a3-480p.mp4

44. https://www1903.hlsmp4.com/token=QeKaLHr-Y1WOpBmHxk3zUw/1578095488/2600:8800::/38/8/1d/3cab9f8e55b836f3374af7a9880a71d8-480p.mp4

45. https://www2077.o0-5.com/token=vIAsUjJ5YV1vCerNAw2DEA/1578095528/2600:8800::/30/7/f3/158954f48c56d57f38ee7df063494f37-480p.mp4

46. https://www1665.o0-4.com/token=Y5OYjY6IpUrW3CvGNPir1Q/1578095584/2600:8800::/6/f/d5/7aa839aa03c89ceb95d2a9b1f1d71d5f-480p.mp4

47. https://www320.o0-1.com/token=jXvmpjG3lvkbaW8OOksvew/1578095642/2600:8800::/57/e/05/273db6ebde6da964cb6ebd6722a8e05e-480p.mp4

48. https://www2035.o0-5.com/token=uV5oSeyGWWqoUh3zXo-I7w/1578095680/2600:8800::/21/4/b4/fd672f518f81725f8bbda10085fd0b44-480p.mp4

49. https://www1326.o0-3.com/token=YC5MSmrDQUWq4dh_VSPHog/1578095755/2600:8800::/22/9/46/fdca94d3633889432ece938a38eb9469-480p.mp4

50. https://www1621.o0-4.com/token=4G6iTEc-IHRUcggxgdMcng/1578095789/2600:8800::/31/8/bc/ff597b331a0e0663bea40c87df5babc8-480p.mp4

51. https://www2034.o0-5.com/token=g4qtIud1NBmJZWybIyT1-g/1578095844/2600:8800::/16/6/ff/8870ac54c3f822d00a5aab57da2e3ff6-480p.mp4

52. https://www385.o0-1.com/token=-U-1PPBPPqsJF5Os08a_Hg/1578095891/2600:8800::/57/b/67/0d00f702e6fd7ebfc6ffd0f63db4867b-480p.mp4

Location of ORIGINAL WORKS: https://passion-hd.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

---

| | |
|---|---|
| **From:** | Jason Tucker < ██████████████ |
| **Sent:** | Monday, January 6, 2020 1:06 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_lubed |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ████████████████████ Phoenix, AZ 85016 USA
Email: ██████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/12/brutal-buffalo-johnny-castle-fucks-oil-tanned-tanned-bitch-amia-miley.jpg
2. https://pornmilo.com/wp-content/uploads/2019/11/gutta-percha-gymnast-lucy-doll-doused-in-oil-and-fucked-in-unimaginable-poses.jpg
3. https://pornmilo.com/brutal-buffalo-johnny-castle-fucks-oil-tanned-tanned-bitch-amia-miley/
4. https://pornmilo.com/gutta-percha-gymnast-lucy-doll-doused-in-oil-and-fucked-in-unimaginable-poses/
5. https://www1310.o0-3.com/token=Zj4hT5CKQgpthXCAtWlKGA/1578101232/2600:8800::/26/1/55/8d8dda461c2bf740e2f216bcd9e29551-480p.mp4
6. https://www1163.o0-3.com/token=ADrTN2gQxjZpGr9ybJBXXg/1578101364/2600:8800::/32/0/e1/8479ff03f7e44915b25ad1af2943ae10-480p.mp4
7. https://www1189.o0-3.com/token=a5JZ8hwtrIWzfGUqSrQebw/1578094431/2600:8800::/26/1/55/8d8dda461c2bf740e2f216bcd9e29551-480p.mp4
8. https://www1665.o0-4.com/token=wexpv9Xd1qLb0VxiTHDU5g/1578095162/2600:8800::/32/0/e1/8479ff03f7e44915b25ad1af2943ae10-480p.mp4

Location of ORIGINAL WORKS: https://lubed.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC


Jason Tucker

SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> |
| **Sent:** | Monday, January 6, 2020 1:05 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_holed |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Phoenix, AZ 85016 USA
Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/12/young-slut-with-natural-tits-gave-herself-to-anal-fuck-and-cum-inside.jpg
2. https://pornmilo.com/wp-content/uploads/2019/12/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope.jpg
3. https://pornmilo.com/wp-content/uploads/2019/12/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope.jpg
4. https://pornmilo.com/wp-content/uploads/2019/12/bro-got-a-gasp-when-he-saw-baby-megan-fucking-herself-in-a-rubber-dildo-anal.jpg
5. https://pornmilo.com/wp-content/uploads/2019/12/a-guy-with-a-big-dick-ends-up-in-a-juicy-tight-ass-of-a-red-slut.jpg
6. https://pornmilo.com/wp-content/uploads/2019/12/18-year-old-student-holly-hendrix-was-taken-from-college-and-fucked-in-a-skinny-ass.jpg
7. https://pornmilo.com/wp-content/uploads/2019/12/pretty-slut-adriana-chechik-with-furry-pussy-gets-banged-in-a-beautiful-ass.jpg
8. https://pornmilo.com/wp-content/uploads/2019/11/skinny-young-latina-was-hollowed-in-a-point-and-cum-inside-her-skinny-ass.jpg
9. https://pornmilo.com/wp-content/uploads/2019/11/burned-as-alexandra-plays-dildos-in-the-ass-and-gave-her-an-anal-bund.jpg
10. https://pornmilo.com/wp-content/uploads/2019/11/deep-anal-with-a-modest-young-blonde-annie-and-her-evil-fucker.jpg

11. https://pornmilo.com/wp-content/uploads/2019/10/anal-porn-with-naughty-young-lady-and-brutal-fucker-with-huge-jug.jpg
12. https://pornmilo.com/wp-content/uploads/2019/09/bro-burned-like-a-baby-fucking-her-ass-with-anal-dildo-in-the-bathroom.jpg
13. https://pornmilo.com/young-slut-with-natural-tits-gave-herself-to-anal-fuck-and-cum-inside/
14. https://pornmilo.com/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope/
15. https://pornmilo.com/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope/
16. https://pornmilo.com/bro-got-a-gasp-when-he-saw-baby-megan-fucking-herself-in-a-rubber-dildo-anal/
17. https://pornmilo.com/a-guy-with-a-big-dick-ends-up-in-a-juicy-tight-ass-of-a-red-slut/
18. https://pornmilo.com/18-year-old-student-holly-hendrix-was-taken-from-college-and-fucked-in-a-skinny-ass/
19. https://pornmilo.com/pretty-slut-adriana-chechik-with-furry-pussy-gets-banged-in-a-beautiful-ass/
20. https://pornmilo.com/skinny-young-latina-was-hollowed-in-a-point-and-cum-inside-her-skinny-ass/
21. https://pornmilo.com/burned-as-alexandra-plays-dildos-in-the-ass-and-gave-her-an-anal-bund/
22. https://pornmilo.com/deep-anal-with-a-modest-young-blonde-annie-and-her-evil-fucker/
23. https://pornmilo.com/anal-porn-with-naughty-young-lady-and-brutal-fucker-with-huge-jug/
24. https://pornmilo.com/bro-burned-like-a-baby-fucking-her-ass-with-anal-dildo-in-the-bathroom/
25. https://www1436.o0-3.com/token=RUPpJnJjigaAaBMz5NQsnw/1578101053/2600:8800::/28/2/db/8b4932c2e74f5ba18bec8fb47fab2db2-480p.mp4
26. https://www1627.o0-4.com/token=Gp4l-ctSWJ8fnwvxlM_wMw/1578101098/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
27. https://www1273.o0-3.com/token=gT2D9z1qCEhq_YTLhnENLw/1578101127/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
28. https://www1814.4fu.xyz/token=Ia8kSjepcpp0G-E6tZJzKg/1578101138/2600:8800::/25/d/09/55cddc3f85cdc789133bfde8c537509d-480p.mp4
29. https://www1287.o0-3.com/token=rR7GrRYH66rkcfJMmnp3NQ/1578101163/2600:8800::/30/d/91/ce76a1d2ca36ea5bccd6ca95b8cac91d-480p.mp4
30. https://www448.o0-1.com/token=aS2oXHlvf0CPSN0bEO-ydg/1578101172/2600:8800::/42/d/46/958110f78d9d4e1154d8f4dab36fb46d-480p.mp4
31. https://www1757.hlsmp4.com/token=VEddex5lUH5Mh6tu_Y5ShQ/1578101182/2600:8800::/48/3/e2/a9beba1e2659ce5a6e78dbf0f6d34e23-480p.mp4
32. https://www1954.hlsmp4.com/token=IBqumYSwoa3Jh39OzF7fuA/1578101316/2600:8800::/57/2/df/34806e71eeaae8a56bbf0aee9ce3bdf2-480p.mp4
33. https://www1475.hlsmp4.com/token=I9qLmMsRAM6RpDq8t0IN7Q/1578101324/2600:8800::/2/b/b8/bef4727a6630c9d91c1a8269e5462b8b-480p.mp4
34. https://www1134.o0-3.com/token=MaifIrW_7oXt_iiqMtUc2g/1578101347/2600:8800::/6/7/50/b7862bf6d6ff3915e94fdbf5555cc507-480p.mp4
35. https://www2080.o0-5.com/token=P8epjsy_Z4QMYYu-6FKcFw/1578101374/2600:8800::/29/2/a5/f5aa5d965a047fd65a51ac167245ea52-480p.mp4
36. https://www1809.hlsmp4.com/token=Z85yvnCrGQnVVly8ndvM5Q/1578101499/2600:8800::/57/8/38/00b8199d7b7035a3202acee95cd1c388-480p.mp4
37. https://www453.hlsmp4.com/token=lJNsLejS9XXrpapq-Iac8Q/1578002692/2600:8800::/28/2/db/8b4932c2e74f5ba18bec8fb47fab2db2-480p.mp4
38. https://pornmilo.com/embed.php?url=https://javbeautiful.com/v/nydw5c2qp46pxnd

39. https://www528.o0-2.com/token=6aY-qi_SPiNczZFcbf-
    GQw/1578004533/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
40. https://www1577.o0-4.com/token=sKcmAco26ZzAoQ0jvI-
    SPw/1578008562/2600:8800::/25/d/09/55cddc3f85cdc789133bfde8c537509d-480p.mp4
41. https://www1366.o0-3.com/token=--
    jvBfpcueAjwziSHnCf_Q/1578093954/2600:8800::/30/d/91/ce76a1d2ca36ea5bccd6ca95b8cac91d-
    480p.mp4
42. https://www658.o0-
    2.com/token=tqnXxxefRxguyZLQQ2cgsw/1578094019/2600:8800::/42/d/46/958110f78d9d4e1154d8f4
    dab36fb46d-480p.mp4
43. https://www533.o0-2.com/token=_wHt-
    3BZm5bhT5iJ4qXdbw/1578094101/2600:8800::/48/3/e2/a9beba1e2659ce5a6e78dbf0f6d34e23-
    480p.mp4
44. https://www350.o0-
    1.com/token=HR19hnITNIuv_ypt12MxvA/1578094924/2600:8800::/57/2/df/34806e71eeaae8a56bbf0ae
    e9ce3bdf2-480p.mp4
45. https://www454.o0-
    1.com/token=kofuPJqHm0TDsm8DSUpXlA/1578094973/2600:8800::/2/b/b8/bef4727a6630c9d91c1a8
    269e5462b8b-480p.mp4
46. https://www384.o0-
    1.com/token=YzOm2bEY2v395y6qKfRt9Q/1578095081/2600:8800::/6/7/50/b7862bf6d6ff3915e94fdbf
    5555cc507-480p.mp4
47. https://www1409.o0-3.com/token=q6C9z_covf7-
    GOTNkLU_sw/1578095365/2600:8800::/29/2/a5/f5aa5d965a047fd65a51ac167245ea52-480p.mp4
48. https://www48.o0-1.com/token=aiXCeSipy3oBCKjLd-
    JFPw/1578096017/2600:8800::/57/8/38/00b8199d7b7035a3202acee95cd1c388-480p.mp4
49. https://www1761.hlsmp4.com/token=TGVo9yY9mQcy6UBfu_ExDQ/1578003159/2600:8800::/13/a/d1
    /a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4

Location of ORIGINAL WORKS: https://holed.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their
affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+ ███████████
SKYPE: ███████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If
you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this
communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker < ███████████████ |
| **Sent:** | Monday, January 6, 2020 1:05 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_fantasy-hd |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███████████████████ Phoenix, AZ 85016 USA
Email: ███████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/11/masseuse-with-chubby-milks-painted-for-two-and-cum-in-both-holes.jpg
2. https://www1273.o0-3.com/token=H1MQM2S3jUmqiDpvjo9pFw/1578101356/2600:8800::/56/3/4e/e26a1ac2fe5bd83296e87f994ca1a4e3-480p.mp4
3. https://www1180.o0-3.com/token=H1DJQSIZoZgMN_LaLsJmkg/1578095116/2600:8800::/56/3/4e/e26a1ac2fe5bd83296e87f994ca1a4e3-480p.mp4

Location of ORIGINAL WORKS: https://fantasyhd.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

15

Jason Tucker

+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

16

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <██████████████████████> |
| **Sent:** | Monday, January 6, 2020 2:40 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_tiny4k |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███████████████████████ Phoenix, AZ 85016 USA
Email: ████████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://javbeautiful.com/v/qyze5cey85d1-qm
2. https://www1640.o0-4.com/token=ONnAn2eA4OKOXcJgVovj7Q/1578360934/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4

Location of ORIGINAL WORKS: https://tiny4k.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+██████████████

1

SKYPE: ████████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

Jason Tucker
+████████
SKYPE: ████████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.