AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Cloudflare, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  See description in Exhibit A, attached thereto

| Place: Specialized Legal Services<br>112 Bryant Street, #120<br>San Francisco, CA 94103 | Date and Time:<br><br>02/05/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
MG PREMIUM LTD _____ , who issues or requests this subpoena, are:
Spencer D. Freeman, Freeman Law Firm, Inc., 1107 1/2 Tacoma Ave. S., Tacoma, WA 98409; 253-383-4500

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

## DOCUMENTS TO BE PRODUCED

For the period January 1, 2016 through the present, produce all documents[1] and account records that identify the person(s) or entities that caused the infringement of the material described in the attached Exhibit B DMCA notifications to the DMCA Agent for Cloudflare, Inc. and/or who unlawfully uploaded AMA Multimedia LLC's copyrighted works at the URLs listed in the notifications, including but not limited to identification by names, email addresses, IP addresses, user history, posting history, physical addresses, telephone numbers, and any other identifying information.

---

[1] Definitions.  The term "document" as used herein, means any and all materials falling within subparagraphs (1) through (4) of Rule 1001, Federal Rules of Evidence, including without limitation computer logs, summaries, account records, invoices, receipts, spreadsheets, charts, reports, agreements, correspondence, facsimile messages, electronic mail, memoranda, notes, data, notations, reports and records of any communications (including telephone or other conversations, interviews, conferences or committee or other meetings), letters, affidavits, statements, plans, specifications, contracts, licenses, photographs, objects, tangible things, journals, books or other records of accounts, summaries of accounts, balance sheets, income statements, bills, lists, tabulations, graphs, recordings, computer records and all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing, however denominated.

**DMCA Subpoena - 4**

# Exhibit B

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

**Jason Tucker**

---

**From:**       Jason Tucker <█████████████████████>
**Sent:**       Monday, January 6, 2020 1:08 PM
**To:**         abuse@cloudflare.com
**Subject:**    DMCA Notice for Copyright Infringement - AMA_tiny4k

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: █████████████████████ Phoenix, AZ 85016 USA
Email: █████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/12/football-player-fucks-naughty-cheerleader-dakota-bleu-on-the-lawn-before-the-match.jpg
2. https://pornmilo.com/wp-content/uploads/2019/12/crazy-mischievous-lilly-ford-complained-and-was-punished-by-a-security-officer.jpg
3. https://pornmilo.com/wp-content/uploads/2019/12/asian-sportswoman-with-big-boobs-loves-to-cum-on-her-pretty-face.jpg
4. https://pornmilo.com/wp-content/uploads/2019/12/slutty-young-student-nastenka-is-being-fucked-in-the-gym-after-physical-training.jpg
5. https://pornmilo.com/wp-content/uploads/2019/12/brutal-dork-is-boarding-a-chubby-dumpling-of-bespectacled-dillion-harper.jpg
6. https://pornmilo.com/wp-content/uploads/2019/12/young-asian-girl-yells-like-a-donkey-when-her-tight-pussy-is-drilled-with-a-big-dick.jpg
7. https://pornmilo.com/wp-content/uploads/2019/11/young-babe-kenzie-reeves-became-a-woman-on-her-18th-birthday.jpg
8. https://pornmilo.com/wp-content/uploads/2019/11/hardcore-bang-with-cute-bunny-amia-miley-and-the-fucker-who-designed-her-mink.jpg
9. https://pornmilo.com/wp-content/uploads/2019/09/i-wanted-to-do-yoga-in-this-video-but-i-had-to-be-fucked-as-usual.jpg
10. https://pornmilo.com/football-player-fucks-naughty-cheerleader-dakota-bleu-on-the-lawn-before-the-match/
11. https://pornmilo.com/crazy-mischievous-lilly-ford-complained-and-was-punished-by-a-security-officer/

12. https://pornmilo.com/asian-sportswoman-with-big-boobs-loves-to-cum-on-her-pretty-face/
13. https://pornmilo.com/slutty-young-student-nastenka-is-being-fucked-in-the-gym-after-physical-training/
14. https://pornmilo.com/brutal-dork-is-boarding-a-chubby-dumpling-of-bespectacled-dillion-harper/
15. https://pornmilo.com/young-asian-girl-yells-like-a-donkey-when-her-tight-pussy-is-drilled-with-a-big-dick/
16. https://pornmilo.com/young-babe-kenzie-reeves-became-a-woman-on-her-18th-birthday/
17. https://pornmilo.com/hardcore-bang-with-cute-bunny-amia-miley-and-the-fucker-who-designed-her-mink/
18. https://pornmilo.com/i-wanted-to-do-yoga-in-this-video-but-i-had-to-be-fucked-as-usual/
19. https://www757.o0-2.com/token=u5qLtJY7RhWEEr4kUgr1Uw/1578101195/2600:8800::/26/a/c6/8f27664e9362935d7e2a05381a899c6a-480p.mp4
20. https://www359.o0-1.com/token=OjNt7ewldbYXfo0P-yrBKw/1578101208/2600:8800::/15/d/7b/811ce0353ace7d9496a68edff646d7bd-480p.mp4
21. https://www1497.3fu.xyz/token=y-FBa_ww5FrAZSc8mON6rw/1578101221/2600:8800::/46/c/26/9f0410f46b5d6deb3e7326e54b11926c-480p.mp4
22. https://www380.o0-1.com/token=4pMY6g-gUeEQQV3Exa1l8A/1578101250/2600:8800::/56/4/f2/b502dd0d67be454b08a5c1ec223a7f24-480p.mp4
23. https://www1919.hlsmp4.com/token=9Y-6g6HZ_D0zy3q26m-6cA/1578101261/2600:8800::/30/2/f5/08efb06d4b18901bc623cb9b7d95bf52-480p.mp4
24. https://www457.o0-1.com/token=OlpMOihkEO9S0ez2BTe--w/1578101276/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4
25. https://www1302.o0-3.com/token=SCcNEP7rwLdJ0H-0kd8lbg/1578101294/2600:8800::/2/9/d6/ed040b61b863b094ae67809cbafaad69-480p.mp4
26. https://www1485.hlsmp4.com/token=0J_lXpH7JqQmgbW0Mvj1TQ/1578101304/2600:8800::/22/e/aa/f16ac8da52d09aad5ccccdbd05f2aae-480p.mp4
27. https://www1335.o0-3.com/token=3gHgoPxv19gIC6D4wPBpIg/1578101489/2600:8800::/49/e/2a/5ceefd6e5545eb1a34bdb388ed6082ae-480p.mp4
28. https://www1303.o0-3.com/token=HrVjoXYpRnKuwzX2BK_ULg/1578094214/2600:8800::/26/a/c6/8f27664e9362935d7e2a05381a899c6a-480p.mp4
29. https://www433.o0-1.com/token=bsp6t88ywfLUdwOTYMrdLQ/1578094303/2600:8800::/15/d/7b/811ce0353ace7d9496a68edff646d7bd-480p.mp4
30. https://www375.o0-1.com/token=Pdz1eQp-YLYrC3NVUKLaIg/1578094351/2600:8800::/46/c/26/9f0410f46b5d6deb3e7326e54b11926c-480p.mp4
31. https://www631.o0-2.com/token=NtHox0iyGiedGhCj46iEiw/1578094498/2600:8800::/56/4/f2/b502dd0d67be454b08a5c1ec223a7f24-480p.mp4
32. https://www517.o0-2.com/token=Q70pdfN0md_t3TlKhrIdJg/1578094554/2600:8800::/30/2/f5/08efb06d4b18901bc623cb9b7d95bf52-480p.mp4
33. https://www728.o0-2.com/token=UZUZzaO243qmp27VvQZ4lA/1578094625/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4

34. https://www1302.o0-3.com/token=U01EL89Qg87Om6_W7kvIVg/1578094777/2600:8800::/2/9/d6/ed040b61b863b094ae67809cbafaad69-480p.mp4

35. https://www1060.o0-3.com/token=774x6TTqH5IN_VfOBqbMGw/1578094865/2600:8800::/22/e/aa/f16ac8da52d09aad5ccccdbd05f2aae-480p.mp4

36. https://www1182.o0-3.com/token=iZT_OB8p-wrTe7N2zfAsVQ/1578095990/2600:8800::/49/e/2a/5ceefd6e5545eb1a34bdb388ed6082ae-480p.mp4


Location of ORIGINAL WORKS: https://tiny4k.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC



Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

# Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <██████████████> |
| **Sent:** | Monday, January 6, 2020 1:07 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_puremature |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ██████████████████ Phoenix, AZ 85016 USA
Email: ███████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/10/instagram-woman-posted-on-tape-as-she-rides-in-the-gym-on-a-thick-dick.jpg
2. https://pornmilo.com/instagram-woman-posted-on-tape-as-she-rides-in-the-gym-on-a-thick-dick/
3. https://www1991.hlsmp4.com/token=ytxbOo7QEJIlNEcv2m7t7Q/1578101444/2600:8800::/31/5/a9/738466eb665979cae20cb687e260fa95-480p.mp4
4. https://www2095.o0-5.com/token=c6xC70Q_K2mMBXYHofC5gA/1578095722/2600:8800::/31/5/a9/738466eb665979cae20cb687e260fa95-480p.mp4

Location of ORIGINAL WORKS: https://puremature.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <████████████████> |
| **Sent:** | Monday, January 6, 2020 1:07 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_passion-hd |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ████████████████████  Phoenix, AZ 85016 USA
Email: ████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2020/01/beautiful-porn-star-with-big-boobs-gets-fucked-and-cum-inside-her-pussy.jpg
2. https://pornmilo.com/wp-content/uploads/2019/12/in-a-slender-glamorous-chick-abundantly-cum-inside-after-a-quality-fuck.jpg
3. https://pornmilo.com/wp-content/uploads/2019/11/lovely-asian-fitness-babe-jade-kush-gets-fucked-during-workout.jpg
4. https://pornmilo.com/wp-content/uploads/2019/10/natalia-starr-has-sex-with-best-friend-holly-michaels-and-her-boyfriend.jpg
5. https://pornmilo.com/wp-content/uploads/2019/10/big-boobed-beauty-holly-michaels-gets-her-huge-cock-fucked.jpg
6. https://pornmilo.com/wp-content/uploads/2019/10/naomi-woods-the-kid-of-a-wealthy-businessman-got-crustacean-before-a-simple-hard-worker.jpg
7. https://pornmilo.com/wp-content/uploads/2019/10/young-minx-seduces-her-best-friend-and-lets-her-fuck-without-a-can.jpg
8. https://pornmilo.com/wp-content/uploads/2019/10/security-guard-fucks-and-cums-in-the-mouth-of-her-bosss-busty-wife-amia-miley.jpg
9. https://pornmilo.com/wp-content/uploads/2019/10/novice-basketball-player-ariana-marie-gets-fucked-on-a-public-sports-ground.jpg
10. https://pornmilo.com/wp-content/uploads/2019/10/18-year-old-saleswoman-of-lemonade-can-be-fucked-and-cum-inside-for-200-usd.jpg

11. https://pornmilo.com/wp-content/uploads/2019/10/baby-elsa-cant-do-anything-she-just-loves-big-dicks.jpg
12. https://pornmilo.com/wp-content/uploads/2019/10/young-mischievous-anya-surrendered-in-the-bathroom-to-a-young-communal-neighbor.jpg
13. https://pornmilo.com/wp-content/uploads/2019/10/the-pretty-gymnast-maria-was-dissuaded-by-a-big-cock-and-finished-her-face.jpg
14. https://pornmilo.com/beautiful-porn-star-with-big-boobs-gets-fucked-and-cum-inside-her-pussy/
15. https://pornmilo.com/in-a-slender-glamorous-chick-abundantly-cum-inside-after-a-quality-fuck/
16. https://pornmilo.com/lovely-asian-fitness-babe-jade-kush-gets-fucked-during-workout/
17. https://pornmilo.com/natalia-starr-has-sex-with-best-friend-holly-michaels-and-her-boyfriend/
18. https://pornmilo.com/big-boobed-beauty-holly-michaels-gets-her-huge-cock-fucked/
19. https://pornmilo.com/naomi-woods-the-kid-of-a-wealthy-businessman-got-crustacean-before-a-simple-hard-worker/
20. https://pornmilo.com/young-minx-seduces-her-best-friend-and-lets-her-fuck-without-a-can/
21. https://pornmilo.com/security-guard-fucks-and-cums-in-the-mouth-of-her-bosss-busty-wife-amia-miley/
22. https://pornmilo.com/novice-basketball-player-ariana-marie-gets-fucked-on-a-public-sports-ground/
23. https://pornmilo.com/18-year-old-saleswoman-of-lemonade-can-be-fucked-and-cum-inside-for-200-usd/
24. https://pornmilo.com/baby-elsa-cant-do-anything-she-just-loves-big-dicks/
25. https://pornmilo.com/young-mischievous-anya-surrendered-in-the-bathroom-to-a-young-communal-neighbor/
26. https://pornmilo.com/the-pretty-gymnast-maria-was-dissuaded-by-a-big-cock-and-finished-her-face/
27. https://www681.o0-2.com/token=5GYbGwi2quQYRTTm4cFmsQ/1578101150/2600:8800::/25/7/e0/fa5841e7d43c9e50b184815977bfbe07-480p.mp4
28. https://www1562.o0-4.com/token=XZ4LFvIFmrbupDXxfAV7iA/1578101285/2600:8800::/33/0/87/2df05c511d49bf00cfd68acc41220870-480p.mp4
29. https://www212.o0-1.com/token=cowiXWbFHfwAn5OzRYHnuA/1578101334/2600:8800::/55/b/60/031cd362fc13d21872cc2dab8d8b460b-480p.mp4
30. https://www311.o0-1.com/token=XtFsuF4CG_r4vTG8aGbAgg/1578101385/2600:8800::/29/3/7a/bdee98b8c9f875090b22c926414237a3-480p.mp4
31. https://www1378.o0-3.com/token=GdoED-tcwRhjM9-3063yPg/1578101394/2600:8800::/38/8/1d/3cab9f8e55b836f3374af7a9880a71d8-480p.mp4
32. https://www1392.o0-3.com/token=UTQHNH-PsB939JmNeVePeA/1578101404/2600:8800::/30/7/f3/158954f48c56d57f38ee7df063494f37-480p.mp4
33. https://www1177.o0-3.com/token=oqoeXVfifALr_LK7H5M9YA/1578101414/2600:8800::/6/f/d5/7aa839aa03c89ceb95d2a9b1f1d71d5f-480p.mp4
34. https://www1188.o0-3.com/token=jaxh9DlPsCInGHtzQjUCrQ/1578101424/2600:8800::/57/e/05/273db6ebde6da964cb6ebd6722a8e05e-480p.mp4
35. https://www94.o0-1.com/token=JMUuew6eO8LQ0Jz-mYQKEQ/1578101436/2600:8800::/21/4/b4/fd672f518f81725f8bbda10085fd0b44-480p.mp4
36. https://www1237.o0-3.com/token=vG4KcGIvv_O1PmlwvHCsRA/1578101453/2600:8800::/22/9/46/fdca94d3633889432ece938a38eb9469-480p.mp4
37. https://www92.o0-1.com/token=w7E4GZ1wxl3MguCNLCg2Pw/1578101461/2600:8800::/31/8/bc/ff597b331a0e0663bea40c87df5babc8-480p.mp4

38. https://www1115.o0-3.com/token=yf-n9gZ6T2KWcSvi_v2i9A/1578101471/2600:8800::/16/6/ff/8870ac54c3f822d00a5aab57da2e3ff6-480p.mp4

39. https://www147.o0-1.com/token=mbaLUfOqDk2A6K3nGgZaLQ/1578101479/2600:8800::/57/b/67/0d00f702e6fd7ebfc6ffd0f63db4867b-480p.mp4

40. https://www681.o0-2.com/token=P29h1WGzo2yFcPo-Wa3CpA/1578012464/2600:8800::/25/7/e0/fa5841e7d43c9e50b184815977bfbe07-480p.mp4

41. https://www492.o0-1.com/token=ceNr57lgesgh5U4-Y24k7w/1578094703/2600:8800::/33/0/87/2df05c511d49bf00cfd68acc41220870-480p.mp4

42. https://www315.o0-1.com/token=dZWsGj3mqz-kIVj6zjf_Cg/1578095043/2600:8800::/55/b/60/031cd362fc13d21872cc2dab8d8b460b-480p.mp4

43. https://www1162.o0-3.com/token=nWhnr7Gt2K-YmTzUuSzdiw/1578095412/2600:8800::/29/3/7a/bdee98b8c9f875090b22c926414237a3-480p.mp4

44. https://www1903.hlsmp4.com/token=QeKaLHr-Y1WOpBmHxk3zUw/1578095488/2600:8800::/38/8/1d/3cab9f8e55b836f3374af7a9880a71d8-480p.mp4

45. https://www2077.o0-5.com/token=vIAsUjJ5YV1vCerNAw2DEA/1578095528/2600:8800::/30/7/f3/158954f48c56d57f38ee7df063494f37-480p.mp4

46. https://www1665.o0-4.com/token=Y5OYjY6IpUrW3CvGNPir1Q/1578095584/2600:8800::/6/f/d5/7aa839aa03c89ceb95d2a9b1f1d71d5f-480p.mp4

47. https://www320.o0-1.com/token=jXvmpjG3lvkbaW8OOksvew/1578095642/2600:8800::/57/e/05/273db6ebde6da964cb6ebd6722a8e05e-480p.mp4

48. https://www2035.o0-5.com/token=uV5oSeyGWWqoUh3zXo-I7w/1578095680/2600:8800::/21/4/b4/fd672f518f81725f8bbda10085fd0b44-480p.mp4

49. https://www1326.o0-3.com/token=YC5MSmrDQUWq4dh_VSPHog/1578095755/2600:8800::/22/9/46/fdca94d3633889432ece938a38eb9469-480p.mp4

50. https://www1621.o0-4.com/token=4G6iTEc-IHRUcggxgdMcng/1578095789/2600:8800::/31/8/bc/ff597b331a0e0663bea40c87df5babc8-480p.mp4

51. https://www2034.o0-5.com/token=g4qtIud1NBmJZWybIyT1-g/1578095844/2600:8800::/16/6/ff/8870ac54c3f822d00a5aab57da2e3ff6-480p.mp4

52. https://www385.o0-1.com/token=-U-1PPBPPqsJF5Os08a_Hg/1578095891/2600:8800::/57/b/67/0d00f702e6fd7ebfc6ffd0f63db4867b-480p.mp4

Location of ORIGINAL WORKS: https://passion-hd.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker

+

SKYPE:

Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker < ███████████████ |
| **Sent:** | Monday, January 6, 2020 1:06 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_lubed |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ████████████████████  Phoenix, AZ 85016 USA
Email: ██████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/12/brutal-buffalo-johnny-castle-fucks-oil-tanned-tanned-bitch-amia-miley.jpg
2. https://pornmilo.com/wp-content/uploads/2019/11/gutta-percha-gymnast-lucy-doll-doused-in-oil-and-fucked-in-unimaginable-poses.jpg
3. https://pornmilo.com/brutal-buffalo-johnny-castle-fucks-oil-tanned-tanned-bitch-amia-miley/
4. https://pornmilo.com/gutta-percha-gymnast-lucy-doll-doused-in-oil-and-fucked-in-unimaginable-poses/
5. https://www1310.o0-3.com/token=Zj4hT5CKQgpthXCAtWlKGA/1578101232/2600:8800::/26/1/55/8d8dda461c2bf740e2f216bcd9e29551-480p.mp4
6. https://www1163.o0-3.com/token=ADrTN2gQxjZpGr9ybJBXXg/1578101364/2600:8800::/32/0/e1/8479ff03f7e44915b25ad1af2943ae10-480p.mp4
7. https://www1189.o0-3.com/token=a5JZ8hwtrIWzfGUqSrQebw/1578094431/2600:8800::/26/1/55/8d8dda461c2bf740e2f216bcd9e29551-480p.mp4
8. https://www1665.o0-4.com/token=wexpv9Xd1qLb0VxiTHDU5g/1578095162/2600:8800::/32/0/e1/8479ff03f7e44915b25ad1af2943ae10-480p.mp4

Location of ORIGINAL WORKS: https://lubed.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC


Jason Tucker

+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

---

**From:** Jason Tucker <█████████████████████>
**Sent:** Monday, January 6, 2020 1:05 PM
**To:** abuse@cloudflare.com
**Subject:** DMCA Notice for Copyright Infringement - AMA_holed

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: █████████████████████ Phoenix, AZ 85016 USA
Email: █████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/12/young-slut-with-natural-tits-gave-herself-to-anal-fuck-and-cum-inside.jpg
2. https://pornmilo.com/wp-content/uploads/2019/12/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope.jpg
3. https://pornmilo.com/wp-content/uploads/2019/12/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope.jpg
4. https://pornmilo.com/wp-content/uploads/2019/12/bro-got-a-gasp-when-he-saw-baby-megan-fucking-herself-in-a-rubber-dildo-anal.jpg
5. https://pornmilo.com/wp-content/uploads/2019/12/a-guy-with-a-big-dick-ends-up-in-a-juicy-tight-ass-of-a-red-slut.jpg
6. https://pornmilo.com/wp-content/uploads/2019/12/18-year-old-student-holly-hendrix-was-taken-from-college-and-fucked-in-a-skinny-ass.jpg
7. https://pornmilo.com/wp-content/uploads/2019/12/pretty-slut-adriana-chechik-with-furry-pussy-gets-banged-in-a-beautiful-ass.jpg
8. https://pornmilo.com/wp-content/uploads/2019/11/skinny-young-latina-was-hollowed-in-a-point-and-cum-inside-her-skinny-ass.jpg
9. https://pornmilo.com/wp-content/uploads/2019/11/burned-as-alexandra-plays-dildos-in-the-ass-and-gave-her-an-anal-bund.jpg
10. https://pornmilo.com/wp-content/uploads/2019/11/deep-anal-with-a-modest-young-blonde-annie-and-her-evil-fucker.jpg

11. https://pornmilo.com/wp-content/uploads/2019/10/anal-porn-with-naughty-young-lady-and-brutal-fucker-with-huge-jug.jpg
12. https://pornmilo.com/wp-content/uploads/2019/09/bro-burned-like-a-baby-fucking-her-ass-with-anal-dildo-in-the-bathroom.jpg
13. https://pornmilo.com/young-slut-with-natural-tits-gave-herself-to-anal-fuck-and-cum-inside/
14. https://pornmilo.com/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope/
15. https://pornmilo.com/the-arrogant-young-bitch-carter-cruise-was-kicked-in-the-ass-that-there-was-a-dope/
16. https://pornmilo.com/bro-got-a-gasp-when-he-saw-baby-megan-fucking-herself-in-a-rubber-dildo-anal/
17. https://pornmilo.com/a-guy-with-a-big-dick-ends-up-in-a-juicy-tight-ass-of-a-red-slut/
18. https://pornmilo.com/18-year-old-student-holly-hendrix-was-taken-from-college-and-fucked-in-a-skinny-ass/
19. https://pornmilo.com/pretty-slut-adriana-chechik-with-furry-pussy-gets-banged-in-a-beautiful-ass/
20. https://pornmilo.com/skinny-young-latina-was-hollowed-in-a-point-and-cum-inside-her-skinny-ass/
21. https://pornmilo.com/burned-as-alexandra-plays-dildos-in-the-ass-and-gave-her-an-anal-bund/
22. https://pornmilo.com/deep-anal-with-a-modest-young-blonde-annie-and-her-evil-fucker/
23. https://pornmilo.com/anal-porn-with-naughty-young-lady-and-brutal-fucker-with-huge-jug/
24. https://pornmilo.com/bro-burned-like-a-baby-fucking-her-ass-with-anal-dildo-in-the-bathroom/
25. https://www1436.o0-3.com/token=RUPpJnJjigaAaBMz5NQsnw/1578101053/2600:8800::/28/2/db/8b4932c2e74f5ba18bec8fb47fab2db2-480p.mp4
26. https://www1627.o0-4.com/token=Gp4l-ctSWJ8fnwvxlM_wMw/1578101098/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
27. https://www1273.o0-3.com/token=gT2D9z1qCEhq_YTLhnENLw/1578101127/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
28. https://www1814.4fu.xyz/token=Ia8kSjepcpp0G-E6tZJzKg/1578101138/2600:8800::/25/d/09/55cddc3f85cdc789133bfde8c537509d-480p.mp4
29. https://www1287.o0-3.com/token=rR7GrRYH66rkcfJMmnp3NQ/1578101163/2600:8800::/30/d/91/ce76a1d2ca36ea5bccd6ca95b8cac91d-480p.mp4
30. https://www448.o0-1.com/token=aS2oXHlvf0CPSN0bEO-ydg/1578101172/2600:8800::/42/d/46/958110f78d9d4e1154d8f4dab36fb46d-480p.mp4
31. https://www1757.hlsmp4.com/token=VEddex5lUH5Mh6tu_Y5ShQ/1578101182/2600:8800::/48/3/e2/a9beba1e2659ce5a6e78dbf0f6d34e23-480p.mp4
32. https://www1954.hlsmp4.com/token=IBqumYSwoa3Jh39OzF7fuA/1578101316/2600:8800::/57/2/df/34806e71eeaae8a56bbf0aee9ce3bdf2-480p.mp4
33. https://www1475.hlsmp4.com/token=I9qLmMsRAM6RpDq8t0IN7Q/1578101324/2600:8800::/2/b/b8/bef4727a6630c9d91c1a8269e5462b8b-480p.mp4
34. https://www1134.o0-3.com/token=MaifIrW_7oXt_iiqMtUc2g/1578101347/2600:8800::/6/7/50/b7862bf6d6ff3915e94fdbf5555cc507-480p.mp4
35. https://www2080.o0-5.com/token=P8epjsy_Z4QMYYu-6FKcFw/1578101374/2600:8800::/29/2/a5/f5aa5d965a047fd65a51ac167245ea52-480p.mp4
36. https://www1809.hlsmp4.com/token=Z85yvnCrGQnVVly8ndvM5Q/1578101499/2600:8800::/57/8/38/00b8199d7b7035a3202acee95cd1c388-480p.mp4
37. https://www453.hlsmp4.com/token=lJNsLejS9XXrpapq-Iac8Q/1578002692/2600:8800::/28/2/db/8b4932c2e74f5ba18bec8fb47fab2db2-480p.mp4
38. https://pornmilo.com/embed.php?url=https://javbeautiful.com/v/nydw5c2qp46pxnd

39. https://www528.o0-2.com/token=6aY-qi_SPiNczZFcbf-GQw/1578004533/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
40. https://www1577.o0-4.com/token=sKcmAco26ZzAoQ0jvI-SPw/1578008562/2600:8800::/25/d/09/55cddc3f85cdc789133bfde8c537509d-480p.mp4
41. https://www1366.o0-3.com/token=--jvBfpcueAjwziSHnCf_Q/1578093954/2600:8800::/30/d/91/ce76a1d2ca36ea5bccd6ca95b8cac91d-480p.mp4
42. https://www658.o0-2.com/token=tqnXxxefRxguyZLQQ2cgsw/1578094019/2600:8800::/42/d/46/958110f78d9d4e1154d8f4dab36fb46d-480p.mp4
43. https://www533.o0-2.com/token=_wHt-3BZm5bhT5iJ4qXdbw/1578094101/2600:8800::/48/3/e2/a9beba1e2659ce5a6e78dbf0f6d34e23-480p.mp4
44. https://www350.o0-1.com/token=HR19hnITNIuv_ypt12MxvA/1578094924/2600:8800::/57/2/df/34806e71eeaae8a56bbf0aee9ce3bdf2-480p.mp4
45. https://www454.o0-1.com/token=kofuPJqHm0TDsm8DSUpXlA/1578094973/2600:8800::/2/b/b8/bef4727a6630c9d91c1a8269e5462b8b-480p.mp4
46. https://www384.o0-1.com/token=YzOm2bEY2v395y6qKfRt9Q/1578095081/2600:8800::/6/7/50/b7862bf6d6ff3915e94fdbf5555cc507-480p.mp4
47. https://www1409.o0-3.com/token=q6C9z_covf7-GOTNkLU_sw/1578095365/2600:8800::/29/2/a5/f5aa5d965a047fd65a51ac167245ea52-480p.mp4
48. https://www48.o0-1.com/token=aiXCeSipy3oBCKjLd-JFPw/1578096017/2600:8800::/57/8/38/00b8199d7b7035a3202acee95cd1c388-480p.mp4
49. https://www1761.hlsmp4.com/token=TGVo9yY9mQcy6UBfu_ExDQ/1578003159/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4

Location of ORIGINAL WORKS: https://holed.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+■■■■■■
SKYPE: ■■■■■■
Twitter: @■■■■■■

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <██████████████████> |
| **Sent:** | Monday, January 6, 2020 1:05 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_fantasy-hd |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ████████████████████ Phoenix, AZ 85016 USA
Email: ██████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://pornmilo.com/wp-content/uploads/2019/11/masseuse-with-chubby-milks-painted-for-two-and-cum-in-both-holes.jpg
2. https://www1273.o0-3.com/token=H1MQM2S3jUmqiDpvjo9pFw/1578101356/2600:8800::/56/3/4e/e26a1ac2fe5bd83296e87f994ca1a4e3-480p.mp4
3. https://www1180.o0-3.com/token=H1DJQSIZoZgMN_LaLsJmkg/1578095116/2600:8800::/56/3/4e/e26a1ac2fe5bd83296e87f994ca1a4e3-480p.mp4

Location of ORIGINAL WORKS: https://fantasyhd.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker

+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker < ███████████████████ |
| **Sent:** | Monday, January 6, 2020 2:40 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_tiny4k |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███████████████████ Phoenix, AZ 85016 USA
Email: ███████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://javbeautiful.com/v/qyze5cey85d1-qm
2. https://www1640.o0-4.com/token=ONnAn2eA4OKOXcJgVovj7Q/1578360934/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4

Location of ORIGINAL WORKS: https://tiny4k.com/

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+ ███████████████

1

SKYPE: ███████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

Jason Tucker
+███████
SKYPE: ███████
Twitter: @███████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.